CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

John Philip Waife    22-1655

**Full Name of Plaintiff**          **Inmate Number**

v.

Christylee L Peck

**Name of Defendant 1**

Caleb Bartlett

**Name of Defendant 2**

Nicole Vito

**Name of Defendant 3**

Paul Primrose,

**Name of Defendant 4**

Jeffery Franks

**Name of Defendant 5**

(Print the names of all defendants. If the names of all
defendants do not fit in this space, you may attach
additional pages. Do not include addresses in this
section).

Civil No. 1-22cv1665

(to be filled in by the Clerk's Office)

( ) Demand for Jury Trial
( ) No Jury Trial Demand

FILED
SCRANTON

OCT 24 2022

PER _____

DEPUTY CLERK

## I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

**X** Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___ Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents,</u> 403 U.S. 388 (1971) (federal defendants)

___ Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

II.    **ADDRESSES AND INFORMATION**

A.    **PLAINTIFF**

Wolfe John Philip

Name (Last, First, MI)

Inmate Number

22-1655

Place of Confinement

Cumberland County Prison

Address

1101 Claremont Rd. Carlisle PA 17015

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___    Pretrial detainee

✓    Civilly committed detainee

___    Immigration detainee

___    Convicted and sentenced state prisoner

___    Convicted and sentenced federal prisoner

B.    **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.    If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Peck Christylee L.

Name (Last, First)

Honorable Judge

Current Job Title

1 Courthouse Square Rm 405

Current Work Address

Carlisle PA 17013

City, County, State, Zip Code

Defendant 2:

Bartlett Caleb

Name (Last, First)

Probation / Parole officer

Current Job Title

Adult Probation And Parole Department

Current Work Address

4 E. Liberty Ave Carlisle PA 17013

City, County, State, Zip Code


Defendant 3:

Vito Nicole

Name (Last, First)

District Attorney

Current Job Title

1 Courthouse Square

Current Work Address

Carlisle PA 17013

City, County, State, Zip Code


Defendant 4:

Primrose Paul

Name (Last, First)

Public Defender

Current Job Title

1 Courthouse square Rm 300

Current Work Address

Carlisle PA 17013

City, County, State, Zip Code


Defendant 5:

Franks Jeffery

Name (Last, First)

Police officer

Current Job Title


Current Work Address


City, County, State, Zip Code

III.    STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A.    Describe where and when the events giving rise to your claim(s) arose.

On or Around September 13th of 2022. In the Cumberland County Courthouse Rm 405, Caleb Bartlett Had A Revocation from Probation Hearing for John Phillip Wolfe. In Honorable Judge Christy Lee C. Peck's Court Rm

B.    On what date did the events giving rise to your claim(s) occur?

September 13th 2022 / 5th 6th August 2022 10th 17th 18th 2022

C.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

Caleb Bartlett Had Secudaled A Probation Violation Hearing for John Wolfe, MR Bartlett never Presented any Paper work to mr Wolfe Prior To his Violation Hearing never gave him Any Petition for Revocation of Probation never Sent mr Wolfe any Legal Paper work for A hearing or the Due Process Paper work Prior to Sept 13th IF It Wasn't for Andrew Wolfe mr Wolfe Retired Cop Cousion mr Wolfe Wouldn't have known of An Probation Violation Hearing at all. mr Bartlett Petitioned the Court on 9-8-22 for Violation hearing. Violating Due Process To mr Wolfe. Honorable Judge Peck ASSigned A Laywer 5 mins Prior to mr Wolfe's entering the Defendents Desk for the Court Procedings, MR Primrose Didn't Represent mr Wolfe Properly Saying nothing about the Court Hearing or even who He was in Reguards to mr Wolfe Violating mr Wolfe's Constitutional Right to Proper Reperstation by a laywer, ms. Peck left this go as mr Wolfe Stated they were Violationg his Constitutional Rights noone Heard mr Wolfe Claiming And Contitued with the Proceedings Violating His 4th 5th 6th 8th And 14th Amendments All While Judge Peck Placed An illegal Sentence and Revocked mr Wolf's Probation And ReSentenced Him to Jail time and A Longer Sentence than the Charge Carried. Judicial Mis Conduct on Judge Peck And Caleb Bartlett And District Attorney and Paul Primrose All At the Same time.

FH Statment of facts

C

on or Around August 2022 / September 2022
Caleb Bartlett / Jeffory Franks Approched my
place of Residence for unknown Reasons I was in
York hospital with my mother Sister And nephew
Cause my mom was having heart Problems. MR Bartlett
and Jeffory Franks came to my place of Residence
And wanted a Bypolar Schizophrenic Person to
Come outside with Him And Five Cops who are
known to not like mR Wolfe mind you Jeff Franks
lost A Case Probono to mR. Wolfe cause he didn't
Sign his own Affidded mind you mR Wolfe is
Schizophrenic. And if he was home wouldnot
leave Cause fear of Being Reteleicted on by
His Probation Officer And Police who Target him
And Racial Profile And Haress and Target and
Stalk Him, mR Wolfe Stays in his house cause
mental issues And fears for his life Around
Micld Gsex Twp Police for fear of Treaths from
Deftrue Franks Towards him And People he knows
Like the threths he made towards mR Wolfes girl
friend on Sept 23rd 6 Days After her
Had a life trething Mis Carrage and is trama Tized
over Caleb Bartletts and Jeffy Franks force of
Brut Control to Scare Her And mR Wolfe
mR Bartlett and mR Franks have both made
verbel threths towards mR Wolfe Stating they
will put him off the streets one way or another
their was A Road on 3720 Spring RD on Sept 23rd

of 2022 10 Days after Mr Woolf was incarcerated in Cumberland Co Jail upon Ms Pecks Judical misconduct Mr Woolfs nephew and oldest Son were in a fatal Car accident that very day and Used Brut force to enter 3850 Spring Rd while ms Fleer was Still under trauma from a miscarriage and Picking her Step Son Landyn 14 From the Sence of a Fatal Accident where her nephew was taken for head trauma And Ms Fleer taken Landy and Jermery to the local Hospital later Mr Woolfs nephew was Pronounded Dead at 030 on sept 24 Causing mr Wolfe mental Trauma / emotional Trauma Know Mr Franks and Mr Bartlett were harassing his wife and Son and Dead nephew, they Did A Raid on A Residence with no one who was living their At the time was Present Mr wolfe was in CCP Jail from Sept 13th And Brady Atken was fighting for his life So yes Emotional Stress Caused to Mr wolfe Cause he Couldn't help his Girlfried or Son And he Lost his nephew mother a Child all in a nine Day Period So yes Mr Woolf Feels he was violated As well as Ms Fleer and his Son Landyn 14 While Caleb and Jeff Francks Laughed, Mr Bartlett was Smiling And Laughing the Day he put mr wolfe in jail, Mr woolfe to Kelli Brety At the Jail He Closes his eyes and See Caleb



Laughling as he was hand cuffed and escorted to a holding cell for Jail, on Sept. 26th Caleb told mr wolfe He found some stuff in His place of Residence And told mr wolfe He Didn't care about His losses all he cared about was putting him in jail where he needed to be cause he found So called wepons in his place of residence, mr wolfe Stated he did not know what his nephew was Doing he was in jail for 10 days Caleb mr Bartlett laughed at mr wolfe and told him he could tell he was making mr Wolfe uneasy mr wolfe is By Polar Schizophrenic And get nervious and paranoid when people threthen him mr Bartlett is out to get mr Wolfe one way or the other And made that Clever wolfe told mr wolfe He Wald See him in Court. mind you mr Bartlett is supposed to be mr wolfe probation officer. In the jail he told mr wolfe He was going to See him in Prison where he Blongs we can get the camera footage from september 76th when Caled cam to threthen mr wolfe And try to scare him into a fake Confession mr wolfe was grieving the loss of his mom & Child about his girlfriend and the loss of his nephew And his 14 year old Son who was Traumatized by an accident and mr Bartletts actions .

## IV.   LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

First Fourth, Fifth, Sixth, Eight and 14 Amendments of the Constitution of united states of America, Inifictive Assistance of Cancel Judical misconduct By an illegal Sentence Imposed By Judge Peck. A Two year max Sentence Turned into 90 Days To 23 mths with 1 year of Probation Consectue to that. Not letting me Woife Speck, not Properly Addressing The mutter Probation Violating Due Process Rights, Given more time they Could have been given At original time of Sentencing. Not Recivuing notice of Probation Violation, MR Woife Court Appointed Lawuer not Saing Anything, letting Judical mis Conduct go on. Caleb Bartlett not Addressing mr woolfe's Mental Health Digiosios of ByPolar Schizophrenic, PtSD Anxity/Depression Mental Health Procedures Act of July 9 1976 PL 817 No 143 An Act / General Considerations Revocation Standards Judical Remand + Remittiture / Constitutional Rights of Prisoners 1–12 4.2  18 U.S.C § 3456(4)  Common Sense Law Due Process 12.4.3  Artical IV /Artical VI  of Community

## V.   INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above. The Police Harressing me my Po Racial Profiling me, Targeting me/Stalkin I Lost my Mother To Death, A child miscarriage my wife/ my Nephew Died I Suffer mentally I'm Lost Cause my Probation officer Scared me into things - Mental Health my Brain, Emotional Distress, Heart Ache Pain/Suffering From my Family mental Break Down - Being Butt naked Due to incarction

## VI.   RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I want Money Damages for all my losses From my work All the money back From all my Incartion Due to illegal Activity, I want Paid for Pain And Suffering. I want All Parties involed To lose their Ranks And Be Removed From office And their Jobs I want them to Stop Harrerissing me and my Family, I Dont want any more harm from them to me.

In Legal Claims

PA Law And Criminal Code. HN3
Cabinated 42 PA C.S. 9721(b3)
Title 18 Crimes And offences
HN1  Act of Congest 6 1941 PA Law 861
HN2 Revocation Standards
HN8 PostConviction Proseding PArole
HN9. Judical Remand + Remittiture
Artical IV
The Executive
Section 17 of this Artical
Artical- VI  Section 1 Public officers

The Clerk of Courts for Deing me Access to
my Transcripts to All Cases Involed needed
for my Appeal And myl PCRA motion.
Judical miscondact on the Cumberland Co Courts
of Common pleas.
October 5th 2022
        Public Defenders office Rufesing me A Layower
To file A PCRA and Appel motion.
District Court Adminostrater Refusing me Copy's
of transcripts.

## VII.    SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.


Signature of Plaintiff


10/18/22
Date

John P Wolfe 22-1655
1101 Claremont RD
Carlisle PA 17015
Cumberland Co.
Prison

Office of the Clerk
United States District Clerk
Middle District of Pennsylvania
William J. Nealon Federal BLDG + US Courthouse
235 North Washingtown Avenue
PO Box 1148
Scranton PA 18501-1148

RECEIVED
SCRANTON

OCT 24 2022

PER _____
DEPUTY CLERK




★ USA ★ FOREVER ★